UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT MARRIOT MEDICAL CORP. D/B/A ADVANTAGE WOUND CARE, INC. | * | CIVIL ACTION NO. 6:25-cv-00834 |
| VERSUS | * | JUDGE ROBERT R. SUMMERHAYS |
| WELLSPRING WOUND CARE, LLC, CHAD BAILEY, AND RACHEAL BAILEY | * | MAG. JUDGE CAROL B. WHITEHURST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Uniform District Court Rules, Wellspring Wound Care, LLC ("Wellspring"), Defendant in this above-captioned lawsuit, submits this Corporate Disclosure Statement and who, with respect, submits as follows:

1. The following information is provided as related to Wellspring Wound Care, LLC:

    a. Is the party a publicly held corporation?

    ( ) Yes     ( X ) No

    b. Does the party have any parent corporation?

    ( ) Yes     ( X ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:  N/A

    c. Is 10% or more of the party's stock owned by a publicly held corporation or other publicly held entity?

    ( ) Yes     ( X ) No

    If yes, identify such owners:  N/A

    d. Is there any other publicly held corporation or any other publicly held entity

that has a direct financial interest in the outcome of the litigation?

               ( ) Yes    ( X ) No

Respectfully submitted,

s/Joel P. Babineaux
**Joel P. Babineaux, LA #21455 (T.A.)***
E-mail: jbabineaux@bpasfirm.com
**Karen T. Bordelon, LA #20114**
E-mail: kbordelon@bpasfirm.com
**Sarah B. Dupont, LA #35048**
Email: sdupont@bpasfirm.com
Attorneys for Wellspring Wound Care, LLC, Chad Bailey and Racheal Bailey
Babineaux, Poché, Anthony
   & Slavich, L.L.C.
P.O. Box 52169
Lafayette, LA  70505
Phone: (337) 984-2505
Fax: (337) 984-2503

**\* Board Certified Employment Law Specialist
  Louisiana Board of Legal Specialization**