UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT MARRIOT MEDICAL CORP. D/B/A ADVANTAGE WOUND CARE, INC. | * | CIVIL ACTION NO. 6:25-cv-00834 |
| VERSUS | * | JUDGE ROBERT R. SUMMERHAYS |
| WELLSPRING WOUND CARE, LLC, CHAD BAILEY, AND RACHEAL BAILEY | * | MAG. JUDGE CAROL B. WHITEHURST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **DEFENDANTS' DIVERSITY OF CITIZENSHIP DISCLOSURE STATEMENT**

NOW COME Wellspring Wound Care, LLC, Racheal Bailey and Chad Bailey (collectively "Defendants"), who submit this Diversity of Citizenship Disclosure Statement pursuant to Rule 7.1 and who, with respect, submits as follows:

1.

Wellspring Wound Care, LLC, a named Defendant, is a Louisiana limited liability company with its principal place of business in Lafayette, Louisiana.

2.

Wellspring Wound Care, LLC is comprised of thirty-three (33) Members. Of these thirty-three (33) Members, twenty-one (21) are individuals who are all Louisiana citizens and domiciliaries. Twelve (12) are single member LLC's who were all organized in the State of Louisiana and whose principal places of business are in the State of Louisiana and whose Members are all Louisiana citizens and domiciliaries.

3.

Wellspring Wound Care, LLC does not have any members who are non-Louisiana citizens.

4.

As a result, Wellspring Wound Care, LLC is a Louisiana citizen based on its state of organization, the state of its principal place of business and state of the citizenship of all of its members.

5.

Racheal Bailey, a named Defendant, is a citizen, resident and domiciliary of the State of Louisiana.

6.

Chad Bailey, a named Defendant, is a citizen, resident and domiciliary of the State of Louisiana.

7.

Based on the foregoing, all Defendants are Louisiana citizens.

8.

According to the Louisiana Secretary of State and information provided by Plaintiff, Robert Marriot Medical Corp. d/b/a Advantage Wound Care, Inc. is a non-Louisiana corporation who is incorporated in the State of California and whose principal place of business is located in the State of California. As such and upon information and belief, Robert Marriot Medical Corp. d/b/a Advantage Wound Care, Inc., Plaintiff, is a California citizen.

9.

Based on the foregoing, the Plaintiff is a California citizen and the Defendants are Louisiana citizens.

Respectfully submitted,

s/Joel P. Babineaux
**Joel P. Babineaux, LA #21455 (T.A.)***
E-mail: jbabineaux@bpasfirm.com
**Karen T. Bordelon, LA #20114**
E-mail: kbordelon@bpasfirm.com
**Sarah B. Dupont, LA #35048**
Email: sdupont@bpasfirm.com
Attorneys for Wellspring Wound Care, LLC, Chad Bailey and Racheal Bailey
Babineaux, Poché, Anthony
   & Slavich, L.L.C.
P.O. Box 52169
Lafayette, LA  70505
Phone: (337) 984-2505
Fax: (337) 984-2503

* BOARD CERTIFIED EMPLOYMENT LAW SPECIALIST
  LOUISIANA BOARD OF LEGAL SPECIALIZATION