# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT MARRIOT MEDICAL CORP. D/B/A ADVANTAGE WOUND CARE, INC.,** | : : : : | **CIVIL ACTION NO.: 6-25-CV-00834-RRS-CBW** |
| **Plaintiff,** | : : | |
| **VERSUS** | : : : | **JUDGE ROBERT R. SUMMERHAYS** |
| **WELLSPRING WOUND CARE, LLC, CHAD BAILEY, AND RACHAEL BAILEY** | : : : : : | **MAGISTRATE JUDGE CAROL B WHITEHURST** |
| **Defendants** | : | |

## MOTION TO DISMISS COUNTERCLAIM FOR FAILURE TO STATE A CLAIM

COMES NOW PLAINTIFF Robert Marriot Medical Corp. d/b/a Advantage Wound Care, Inc. ("Plaintiff" or "Advantage"), by and through its attorneys, which respectfully requests the Court to dismiss Defendants' Counterclaim (ECF 13) with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons fully detailed in the accompany memorandum in support, Defendants have failed to state a claim with respect to the cause of action asserted in the Counterclaim.

For those reasons, Plaintiff respectfully requests the Court dismiss Defendants' Counterclaim with prejudice.

Respectfully submitted,

*/s/ Joseph F. Lavigne*
Joseph F. Lavigne (La. Bar #28119)
Michael A. Foley (La. Bar #35774)
JONES WALKER LLP
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8610
Fax: (504) 589-8610
jlavigne@joneswalker.com

1

#104285511v1

mfoley@joneswalker.com
***Attorneys for Plaintiff, Robert Marriott Medical Corp. d/b/a Advantage Wound Care, Inc.***

## CERTIFICATE OF SERVICE

I certify that on September 12, 2025, a copy of the foregoing pleading was filed on all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Joseph F. Lavigne*
Joseph F. Lavigne (La. Bar #28119)

#104285511v1