UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT MARRIOT MEDICAL CORP. D/B/A ADVANTAGE WOUND CARE, INC., <br><br> Plaintiff <br><br> VS. <br><br> WELLSPRING WOUND CARE, LLC, CHAD BAILEY, and RACHAEL BAILEY <br><br> Defendants | Civil No. 6-25-CV-00834-RRS-CBW <br><br> JUDGE ROBERT S. SUMMERHAYS <br><br> MAGISTRATE JUDGE CAROL B. WHITEHURST |

## RULE 26(f) REPORT

**Trial Date**: December 14, 2026 at 9:30 a.m. in Lafayette, Courtroom 3. (ECF 17).

**Pretrial Conference Date**: November 23, 2026 at 3:00 p.m. (*Id.*).

**Type of Trial**: ☒ JURY   ☐ BENCH

**Estimated length of trial** is 5 court days.

1. **Participants:**

   Michael Foley, Counsel for Plaintiff;
   Joel Babineaux, Counsel for Defendants; and
   Sarah Dupont, Counsel for Defendants.

2. **Affirmation Regarding Initial Disclosures:**

   The parties understand that Initial Disclosures are due on September 19, 2025, and will exchange them on or before that date.

3. **Jurisdictional Basis:**

   The Court has diversity jurisdiction over the claims in this matter under 28 U.S.C. § 1332. In this regard, Plaintiff is a California citizen and the Defendants are Louisiana Citizens. Additionally, Plaintiff has asserted in its Complaint damages in excess of $75,000.00. The

Court also has federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff has asserted a claim under the Computer Fraud and Abuse Act (18 U.S.C. § 1030). Supplemental jurisdiction over the parties' state-law claims also exists under 28 U.S.C. § 1367.

4. **Brief Description of Claims:**

   Plaintiff asserts the following claims: (1) Breach of Contract for Violation of Employment Agreements' Return of Property and Non-Disclosure Provisions (against the Baileys); (2) Breach of Duty of Loyalty (against the Baileys) and Aiding and Abetting Breach of Duty of Loyalty (against Wellspring); (3) Violation of the Louisiana Unfair Trade Practices Act ("LUTPA") (against all Defendants); (4) Tortious Interference with Business Relations (against all Defendants); (5) Violation of Computer Fraud and Abuse Act (against the Baileys); (6) Conversion (against all Defendants); (7) Unjust Enrichment (against all Defendants); (8) and Civil Conspiracy (against all Defendants).

   Defendants assert the following counterclaim: (1) Violation of LUTPA.

5. **Brief Statement of Responses:**

   Plaintiff intends to seek dismissal of Defendants' LUTPA counterclaim under Rule 12(b)(6).

   Defendants have filed a Defenses, Answer and Counterclaim (Rec. Doc. 13) pleading in which it has raised numerous affirmative defenses and in which it has denied all substantive allegations of the Plaintiff's Complaint. Defendants contend that Plaintiff's claims are without both factual and legal merit, and Defendants seek a dismissal of Plaintiff's claims with prejudice. With regard to Plaintiff's unfair trade practices claims, Defendants assert that such claims are not well grounded, and it seeks an award of attorney's fees, costs and expenses pursuant to LUTPA. Additionally, Defendant have asserted a Counterclaim for unfair trade practices pursuant to LUTPA in which it is seeking damages, treble damages, attorney's fees, and costs.

6. **Anticipated Amendments to Pleadings and Motions:**

   The parties are still evaluating whether a need exists to amend pleadings or add parties, as well as whether dispositive motions or any other pretrial motions are necessary. Plaintiff anticipates filing a Motion for Entry of Protective Order to govern the exchange of sensitive materials produced in discovery, and Plaintiff will confer to determine whether such a motion can be filed jointly.

   Defendants anticipate filing a Motion for Summary Judgment by the deadline set forth in this Honorable Court's Scheduling Order.

7. **Anticipated Expert Witnesses:**

   The parties are still evaluating the need for expert testimony. That said, Plaintiff intends to retain and identify a damages expert and/or accounting expert; Defendants are still evaluating their need for an expert but may also retain a damage expert and/or accounting expert.

8. **Discovery Plan:**

   The parties do not at this time foresee any issues with the discovery deadlines already set by the Court.

9. **Stipulations:**

   None at this time.

10. **Major Issues of Fact and Law in Dispute:**

    All issues of fact and law are currently in dispute.

11. **Related Case Information:**

    No other related case information.

12. **Surveillance Evidence:**

    None at this time.

13. **Alternative Dispute Resolution (ADR):**

    At the current stage of this proceeding, the parties can commit to ADR; however, as this case progresses, the parties will consider the viability of mediation or a settlement conference.

14. **Rule 16 Conference:**

    The parties do not require a Rule 16 conference.

15. **Electronic Courtroom:**

    At this stage of the proceeding, the parties do not anticipate this being a document intensive case. The parties will use the Courtroom's standard technology for the presentment of exhibits.

16. **Electronically Generated Exhibits or Aids:**

    At this stage of the proceeding, the parties anticipate using the Courtroom's standard technology for presentation of exhibits.

**17. <u>Handicap Provisions</u>:**

Currently, the parties do not anticipate the need for disability accommodations.

**18. <u>Consent Trials</u>:**

The parties do not jointly agree to consent trial by the United Stated Magistrate Judge at this time.

Respectfully submitted on September 16, 2025:

<u>/s/Michael A. Foley</u>
Joseph F. Lavigne (La. Bar #28119)
Michael A. Foley (La. Bar #35774)
JONES WALKER LLP
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8610
Fax: (504) 589-8610
jlavigne@joneswalker.com
mfoley@joneswalker.com
***Attorneys for Robert Marriott Medical Corp. d/b/a Advantage Wound Care, Inc.***

AND

<u>/s/Joel P. Babineaux</u>
Joel P. Babineaux, LA #21455 (T.A.)*
E-mail: jbabineaux@bpasfirm.com
Karen T. Bordelon, LA #20114
E-mail: kbordelon@bpasfirm.com
Sarah B. Dupont, LA #35048
Email: sdupont@bpasfirm.com
Babineaux, Poché, Anthony & Slavich, L.L.C.
P.O. Box 52169
Lafayette, LA 70505
Phone: (337) 984-2505
Fax: (337) 984-2503
***Attorneys for Wellspring Wound Care, LLC, Chad Bailey and Racheal Bailey***

\* BOARD CERTIFIED EMPLOYMENT LAW SPECIALIST
  LOUISIANA BOARD OF LEGAL SPECIALIZATION