UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT MARRIOT MEDICAL CORP. D/B/A ADVANTAGE WOUND CARE, INC., | * | CIVIL ACTION NO. 6:25-CV-00834 |
| *Plaintiff* | * | |
| | * | JUDGE ROBERT R. SUMMERHAYS |
| VERSUS | | |
| | * | |
| WELLSPRING WOUND CARE, LLC, CHAD BAILEY AND RACHAEL BAILEY, | * | MAG. JUDGE CAROL B. WHITEHURST |
| *Defendants* | | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff, Robert Marriot Medical Corp. d/b/a Advantage Wound Care, Inc. ("Advantage"), and Defendants, Wellspring Wound Care LLC, Chad Bailey and Racheal Bailey ("Defendants"), jointly move the Court for entry of a protective order to govern the handling of sensitive confidential information exchanged in discovery in this case. A copy of a proposed protective order is attached hereto as Exhibit 1. Advantage and Defendants have conferred about the terms of the attached proposed protective order, and they have agreed to its terms subject to the Court's approval.

**WHEREFORE**, as more fully explained in the accompanying memorandum in support, Advantage and Defendants respectfully submit that good cause exists for the granting of this Motion and the parties jointly pray that this Honorable Court grant this *Joint Motion for Entry of Protective Order* and enter the proposed Order that is attached hereto as Exhibit 1.

Respectfully submitted,

*/s/ Joseph F. Lavigne*
Joseph F. Lavigne (La. Bar #28119)
Michael A. Foley (La. Bar #35774)
JONES WALKER LLP
201 St. Charles Avenue, 47th Floor

1

#104282311v4

      New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8610
Fax: (504) 589-8610
jlavigne@joneswalker.com
mfoley@joneswalker.com
***Attorneys for Plaintiff, Robert Marriott Medical Corp. d/b/a Advantage Wound Care, Inc.***

      **AND**

/s/ Joel P. Babineaux
Joel P. Babineaux, LA #21455 (T.A.)*
Email: jbabineaux@bpasfirm.com
Karen T. Bordelon, LA #20114
Email: kbordelon@bpasfirm.com
Sarah B. Dupont, LA #35048
Email: sdupont@bpasfirm.com
Attorneys for Wellspring Wound Care, LLC, Chad Bailey and Racheal Bailey Babineaux,
Poché, Anthony & Slavich, L.L.C.
P.O. Box 52169
Lafayette, LA  70505
Phone: (337) 984-2505
Fax: (337) 984-2503

## CERTIFICATE OF SERVICE

I certify that on October 22, 2025, a copy of the foregoing pleading was filed on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Joseph F. Lavigne
Joseph F. Lavigne (La. Bar #28119)