# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**ROBERT MARRIOT MEDICAL CORP**  **CASE NO.  6:25-CV-00834**

**VERSUS**                            **JUDGE ROBERT R. SUMMERHAYS**

**WELLSPRING WOUND CARE L L C ET AL**   **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## MINUTES OF SETTLEMENT CONFERENCE

On June 11, 2026, the undersigned magistrate judge held a settlement conference in this matter, commencing at 10:00 a.m. and concluding at 12:15 p.m.[1] Participating in the conference were the following:

- Michael Foley, counsel for Plaintiff;

- Brooke Ledger, Chief Legal and Compliance Officer of Advantage Would Care, Inc. (via Zoom);

- Leonard Rainey, owner of Wellspring Wound Care, LLC;

- Stephen Moody, owner of Wellspring Wound Care, LLC;

- Joel Babineaux, counsel for Defendants; and

- Sarah Dupont, counsel for Defendants.

---

[1]   Statistical time: 2 hours and 15 minutes.

At the conclusion of the conference, the parties reached an amicable settlement of the dispute, each party agreeing to dismiss their respective claims and counterclaims. The terms of the settlement were read in open court and placed on the record.  The parties request entry of a sixty-day order of dismissal and removal of this case from the district court's trial docket. The parties also request that the court retain jurisdiction over the settlement of the case under *Kokkonen v. Guardian Life*, 511 U.S. 375 (1994).

Signed at Lafayette, Louisiana, this 11th day of June, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE