UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| ROBERT MARRIOT MEDICAL CORP. D/B/A ADVANTAGE WOUND CARE, INC., *Plaintiff* | * * | CIVIL ACTION NO. 6:25-CV-00834 |
| VERSUS | * * | JUDGE ROBERT R. SUMMERHAYS |
| WELLSPRING WOUND CARE, LLC, CHAD BAILEY AND RACHAEL BAILEY, *Defendants* | * | MAGISTRATE JUDGE CAROL B. WHITEHURST |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through their respective counsel, come Plaintiff, Robert Marriot Medical Corp. d/b/a Advantage Wound Care, Inc. ("Plaintiff"), and Defendants, Wellspring Wound Care LLC, Chad Bailey, and Racheal Bailey (collectively, "Defendants"), who submit this Motion to Dismiss With Prejudice and who, with respect, submit as follows:

1.

Plaintiff filed a Complaint asserting various claims and relief against Defendants on June 13, 2025 (Rec. Doc. 1). In response, Defendants filed responsive pleadings and also filed a counterclaim asserting claims and relief against Plaintiff on August 13, 2025 (Rec. Doc. 13).

2.

Plaintiff and Defendants have resolved their respective claims against each other and they no longer desire to pursue their respective claims and relief asserted in the above-captioned lawsuit. Accordingly, the parties desire to dismiss, with prejudice, their respective claims against each other and to dismiss, with prejudice, this action in its entirety.



#111858112v1

3.

Plaintiff therefore respectfully requests that all claims and relief asserted by it against the Defendants be dismissed with prejudice.

4.

Defendants likewise respectfully request that all claims and relief asserted by them against the Plaintiff be dismissed with prejudice.

5.

The parties seek a dismissal with prejudice with each party to bear their own respective court costs, attorney's fees, and expenses.

6.

Based on the joint request of the parties, they respectfully submit that good cause exists for the granting of this motion since it will result in an end to this litigation.

WHEREFORE, as set forth above, Plaintiff and Defendants jointly request that this Motion be granted and that all claims asserted by each party against the other be dismissed with prejudice with each party to bear their own court costs, attorney's fees, and expenses.

Respectfully submitted,

*/s/Michael A. Foley*

Joseph F. Lavigne (La. Bar #28119)
Michael A. Foley (La. Bar #35774)
JONES WALKER LLP
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8610
Fax: (504) 589-8610
jlavigne@joneswalker.com
mfoley@joneswalker.com
***Attorneys for Plaintiff, Robert Marriott Medical Corp. d/b/a Advantage Wound Care, Inc.***

**AND**

s/Joel P. Babineaux

**Joel P. Babineaux, LA #21455 (T.A.)***
E-mail: jbabineaux@bpasfirm.com
**Karen T. Bordelon, LA #20114**
E-mail: kbordelon@bpasfirm.com
**Sarah B. Dupont, LA #35048**
Email: sdupont@bpasfirm.com
Attorneys for Wellspring Wound Care, LLC, Chad Bailey and Racheal Bailey
Babineaux, Poché, Anthony
& Slavich, L.L.C.
1201 Camellia Blvd., Third Floor
Lafayette, LA 70508
Phone: (337) 984-2505
Fax: (337) 984-2503

* BOARD CERTIFIED EMPLOYMENT LAW SPECIALIST
LOUISIANA BOARD OF LEGAL SPECIALIZATION